# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>2909 Rolling Hills Drive, Platte City, Missouri 64079,<br>as further described in Attachment B. | )<br>)<br>)   Case No.  18-SW-00029-JTM<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Missouri
*(identify the person or describe the property to be searched and give its location):*
2909 Rolling Hills Drive, Platte City, Missouri 64079, as further described in Attachment B.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See Attachments A and B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    February 5, 2018
                                                                    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Honorable John T. Maughmer                                          .
                            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                             ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   01/25/2018 3:29 pm                          *[signature]*
                                                                          *Judge's signature*

City and state:   Kansas City, Missouri                Honorable John T. Maughmer, United States Magistrate Judge
                                                                      *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 18-SW-00029-JTM | Date and time warrant executed: 02/02/2018 11:10 AM | Copy of warrant and inventory left with: Karilyn Primeau |
| Inventory made in the presence of: Karilyn Primeau | | |

Inventory of the property taken and name of any person(s) seized:

See attached FD-597

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/02/2018

*Executing officer's signature*

MATTHEW BRUNS    FBI SA
*Printed name and title*

FD-597 (Rev 8-11-94)

Page 1 of 1

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 58A-KC-2225788

On (date) 02/02/2018

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Kari Primeau
(Street Address) 2909 Rolling Hills Drive, Platte City, MO 64079
(City)

Description of Item(s):
1) Various letters for taint review
2) Letter for taint review
3) Moto Z Force Droid
    Serial # 24223X2ZLT
    IMEI: 351854084397210

Received By: Matthew B_____ (Signature)
Received From: Kari Primeau (Signature)  MB